## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

IN RE: NEW ENGLAND COMPOUNDING                 **Master Docket No.12-12052-FDS**
PHARMACY CASES
_____

***This Document Relates To:***


ROBERT COLE, ON BEHALF OF            ) CASE NO. 1:12-cv-12066
HIMSELF AND ALL OTHERS SIMILARLY     )
SITUATED,                            )
                                     )
      Plaintiff,                  )
                                     )
    v.                           )
                                     )
NEW ENGLAND COMPOUNDING              )
PHARMACY, INC. D/B/A NEW ENGLAND     )
COMPOUNDING CENTER, AMERIDOSE        )
LLC, MEDICAL SALES MANAGEMENT        )
INC., BARRY CADDEN, LISA             )
CONIGLIARO CADDEN, GREGORY           )
CONIGLIARO, DOUGLAS CONIGLIARO,      )
CARLA CONIGLIARO, AND GLENN A.       )
CHIN,                                )
                                     )
      Defendants.                 )
                                     )

## ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO FEBRUARY 20, 2013 TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendants Barry Cadden, Lisa Conigliaro Cadden, Gregory Conigliaro, Douglas

Conigliaro, Carla Conigliaro, and Glenn A. Chin (collectively, "Defendants") move this Court

for an extension of time to February 20, 2013 for Defendants to answer or otherwise move.  The

motion should be granted because Defendants require additional time to respond to the

allegations and have acted in good faith.  Moreover, Plaintiff has assented to the motion.  In

further support of the motion, Defendants attach a memorandum of law.

WHEREFORE, Barry Cadden, Lisa Conigliaro Cadden, Gregory Conigliaro, Douglas

Conigliaro, Carla Conigliaro, and Glenn A. Chin request that the Court grant the Motion for An

Extension of Time to February 20, 2013 to Respond to the Plaintiff's Amended Complaint.

Respectfully submitted,

Defendants Barry Cadden, Lisa Conigliaro Cadden,
Gregory Conigliaro, Douglas Conigliaro, Carla
Conigliaro, and Glenn A. Chin,

By their Attorneys,


___*/s/ Daniel E. Tranen*___
Geoffrey M. Coan, BBO # 641998
Daniel E. Tranen, BBO # 675240
Hinshaw & Culbertson LLP
28 State Street, 24th Floor
Boston, MA 02109-1775
Date:    January 23, 2013             Tel: (617)213-7000 / Fax: (617)213-7001


## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

In accordance with Local Rule 7.1(a)(2), I, Garrett D. Lee, do hereby certify that I
conferred with Plaintiff's counsel regarding Defendants' Assented To Motion for an Extension
of Time to February 20, 2013 to Respond to the Plaintiff's Amended Complaint.


Dated:  January 23, 2013             */s/ Garrett D. Lee*
                                      Garrett D. Lee

34321722v1  0940641

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel E. Tranen, hereby certify that on January 23, 2013, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

<u>*/s/ Daniel E. Tranen*</u>
Daniel E. Tranen