# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*Robert Cole vs. New England Compounding Pharmacy, Inc., et al.*<br>Case No.: 12-cv-12066 | **MDL NO. 1:13-md-02419** |

## NOTICE OF APPEARANCE

Please enter the appearance of Richard A. Dean of the law firm Tucker Ellis LLP, as counsel for defendants Ameridose, LLC

          */s/ Richard A. Dean*
          RICHARD A. DEAN (Ohio Bar #0013165)
          Tucker Ellis LLP
          925 Euclid Avenue, Suite 1150
          Cleveland, Ohio 44115-1414
          Tel:   (216) 592-5000
          Fax:  (216) 592-5009
          E-mail: richard.dean@tuckerellis.com

          *Attorney for Ameridose, LLC*

## CERTIFICATE OF SERVICE

  This is to certify that a copy of the foregoing has been filed with the Clerk of Court on March 19, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

                */s/ Richard A. Dean*
                RICHARD A. DEAN (Ohio Bar #0013165)
                Tucker Ellis  LLP
                925 Euclid Avenue, Suite 1150
                Cleveland, Ohio 44115-1414
                Tel: (216) 592-5000
                Fax: (216) 592-5009
                E-mail:richard.dean@tuckerellis.com

                *Attorney for Ameridose, LLC*